IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LARRY P. WELLS, #299481**                                                                               **PLAINTIFF**

**VERSUS**                                         **CIVIL ACTION NO.  1:07-cv-1179-LG-RHW**

**GULFPORT POLICE DEPARTMENT TASK FORCE,**
**UNKNOWN WALKER, UNKNOWN BRADLEY,**
**and UNKNOWN GRIMES**                                                                               **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice, pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED AND ADJUDGED** this the 17th day of March, 2008.


s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE